**VAN–021** Order to Appear for Examination – Rev. 03/04/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
3 G Properties, LLC
818 South White Street
Wake Forest, NC 27587

CASE NO.: 10–04763–8–JRL

DATE FILED: June 14, 2010

TaxID: 27–2821782

CHAPTER: 11

ORDER TO APPEAR FOR EXAMINATION

THE COURT HEREBY DESIGNATES AND ORDERS, pursuant to Rule 9001(5), Federal Rules of Bankruptcy Procedure, **James M Adams Sr.** , to appear and submit to examination, on behalf of the debtor, at the 11 U.S.C. § 341(a) meeting of creditors scheduled for :

DATE:    Wednesday, July 28, 2010
TIME:    10:00 AM
PLACE:   U.S. Bankruptcy Court
         USBA Creditors Meeting Room, Two Hannover Square, Room 610, 434 Fayetteville Street Mall, Raleigh, NC 27601

The designee is further ordered to file schedules and statements and to do any other act required by the Code, the Federal Rules of Bankruptcy Procedure and the local rules of this court which is required by the debtor.

DATED: June 15, 2010

J. Rich Leonard
United States Bankruptcy Judge