**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| 3 G PROPERTIES, LLC, | CASE NO. 10-04763-8-JRL |
| Debtor. | |

**COMPENSATION STATEMENT OF ATTORNEYS FOR THE DEBTOR**

1.   The undersigned are the attorneys for the Debtor in this case.

2.   The total compensation promised the undersigned by Debtor for the services rendered or to be rendered in connection with this case is an initial $100,000.00 retainer paid, as described in paragraph 3 below.  Services over and above this initial retainer are to be paid at the hourly rates set out in paragraph 3 below.

3.    The terms of employment of   Kevin L. Sink, Gregory B. Crampton, and Nicholls & Crampton, P.A. ("N&C"), as set out in an Engagement Letter dated June 11, 2010, which was executed the by Debtor and approved by Corporate Resolution adopted by the directors of 3 G Properties, LLC, are as follows:

> A retainer in the initial amount of $100,000.00, plus a Chapter 11 filing fee amount of $1,039.00, was paid pre-petition on behalf of the Debtor to N&C in connection with a potential Chapter 11 filing.  Said $100,000.00 retainer, plus $1,039.00 filing fee, was placed in the N&C Administrative Trust Account to secure the payment of services rendered and expenses incurred by N&C on behalf of Debtor and calculated at the rate of $400.00 per hour for Gregory B. Crampton, $325.000 per hour for Kevin L. Sink and $300.00 for any other attorneys in the Firm, and $110.00 per hour for paralegal time, and advance payment of expenses.

> From the retainer, N&C was paid the amount of $28,125.00, which includes reimbursement for the $1,039.00 Chapter 11 filing fee amount, for services rendered prior to the June 14, 2010 Chapter 11 filing.  Of the $1,039.00 Chapter 11 filing fee amount received and deposited into the N&C Trust account, $1,039.00 was paid to the United States Bankruptcy Clerk via conduit of credit card charge at the time of the electronic filing and reimbursed to N&C.   Pre-petition payments were made by accounting entry and trust fund transfer prior to the June 14, 2010 petition filing.   All payments made were related to services rendered or expenses incurred prior to the June 14, 2010 Petition date.   The Engagement Letter provided that the retainer payment be first applied to immediate payment of all N&C services rendered and expenses incurred prior to the filing of the Chapter 11 petition at the hourly rates referenced above and in the Engagement Letter.

>   The initial $100,000.00 retainer, plus $1,039.00 filing fee amount, was applied as follows:

$27,086.00 paid to N&C pre-petition for pre-petition services rendered and expenses incurred (excludes filing fee reimbursement); and $72,914.00 of the retainer is held in trust as set out above.

The retainer arrangement and fees paid to N&C in connection with the Chapter 11 filing are subject to review of the United States Bankruptcy Court pursuant to 11 U.S.C. §329(b), and the escrowed retainer amount referenced above is subject to Bankruptcy Court approval pursuant to 11 U.S.C. §330.

4.	The undersigned further states that no understanding or agreement exists for a division of fees or compensation between the undersigned and any other person or entity, except any agreement he may have for the sharing of his compensation with a member or members or regular associate of his law firm.

This the 28th day of June, 2010.

> *s/Kevin L. Sink*
> Kevin L. Sink
> State Bar #21041
> Gregory B. Crampton
> State Bar #991
> Attorneys for Debtor
> NICHOLLS & CRAMPTON, P.A.
> Post Office Box 18237
> Raleigh, North Carolina   27619
> Telephone:   (919) 781-1311

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing **COMPENSATION STATEMENT OF ATTORNEYS FOR THE DEBTOR** was served this day by CM/ECF electronic e-mail service or by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

SERVED VIA E-MAIL & CM/ECF SERVICE ONLY
nceba_chapter11@nceba.uscourts.gov
Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895

This 28th day of June, 2010.

                *s/Phyllis Hill*
                Phyllis W. Hill
                Paralegal

*O:\CH11 DEB\3 G Properties, LLC\COMPENSATION.STMT.wpd*