UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:                                                                    CHAPTER 11

3 G PROPERTIES, LLC,                                          CASE NO. 10-04763-8-JRL

       Debtor.

NOTICE OF DISPUTED, CONTINGENT AND
UNLIQUIDATED CLAIMS LOCAL RULE 3002-1

       PLEASE TAKE NOTICE, pursuant to Local Rule 3002-1, that the claims of the following creditors have been listed by 3 G Properties, LLC, the above named Debtor-in-Possession, on its Schedules noted below as "contingent, disputed, or unliquidated":

SCHEDULE D:

Kerr Tar Regional Econ. Dev. Corp.
c/o James C. Wrenn
P.O. Box 247
Oxford, NC 27565-0247

Southern Community Bank
4605 Country Club Road
Winston-Salem, NC 27104

SCHEDULE F:

Mainline Contracting, Inc.
c/o Richard D. Sparkman, Ch. 7 Trustee
P.O. Box 1687
Angier, NC 27501

       This the 19th day of July, 2010.

                                               *s/Kevin L. Sink*
                                               Kevin L. Sink
                                               State Bar No. 21041
                                               Gregory B. Crampton
                                               State Bar No. 991
                                               Attorneys for Debtor
                                               NICHOLLS & CRAMPTON, P.A.
                                               Post Office Box 18237
                                               Raleigh, NC 27619
                                               Telephone: 919-781-1311

**CERTIFICATE OF SERVICE**

      It is hereby certified that the foregoing NOTICE OF DISPUTED, CONTINGENT AND UNLIQUIDATED CLAIMS was served this day by CM/ECF electronic e-mail service or by placing a copy thereof in a depository under the exclusive care and custody of the United States Postal Service in a postage prepaid envelope and properly addressed as follows:

VIA CM/ECF EMAIL SERVICE ONLY
Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3758
Wilson, NC 27895

Kerr Tar Regional Econ. Dev. Corp.
c/o James C. Wrenn
P.O. Box 247
Oxford, NC 27565-0247

Southern Community Bank
4605 Country Club Road
Winston-Salem, NC 27104

VIA CM/ECF EMAIL SERVICE ONLY
Camden R. Webb
Attorney for Southern Community Bank
Williams Mullen
P.O. Box 1000
Raleigh, NC 27602

Mainline Contracting, Inc.
c/o Richard D. Sparkman, Ch. 7 Trustee
P.O. Box 1687
Angier, NC 27501

      This 19th day of July, 2010.

                                          *s/Phyllis Hill*
                                          Phyllis W. Hill
                                          Paralegal

*R:\CH11 DEB\3 G Properties, LLC\DisputedClaims.not.wpd*