**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| 3 G PROPERTIES, LLC, | CASE NO. 10-04763-8-JRL |
|     Debtor. | |

**MONTHLY REPORT OF CORPORATE DEBTOR IN POSSESSION
FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010**

**I. Summary of Business Operations:**

1.(a)   Please summarize Debtor's activities for the month:

>   *Debtor has continued its business operations.  Debtor is working on formulation of its plan of reorganization.  The Debtor is also considering the appropriate real estate broker to employ for the sale of the real property owned by the Debtor.*

  (b)   Did operations meet the Debtor's expectations/projections this month?  If no, what affected profitability?

>   *Yes.*

2.  Did the Debtor have any significant receipts or disbursements this month that were "one time only," that will not necessarily occur in each month going forward? (i.e. receipt of insurance proceeds, receipt of refunds, payment of annual or quarterly premiums, large repair expenses, etc.)  If yes, please describe:

>   *No.*

3.  Does the Debtor expect to make any changes to its business in the next 30 days?  If yes, please describe:

>   *No.*

**II. Summary of Chapter 11 Activities:**

1. Were any transactions this month outside of the ordinary course of business? (i.e. sale of property, loans from third parties, large purchases, etc.) If yes, please describe:

    *No.*

2. What steps has the Debtor taken toward reorganization or liquidation?

    *The Debtor is currently working on its plan of reorganization. The Debtor is also considering the appropriate manner to sell the real estate owned by the Debtor for maximum value.*

I declare under penalty of perjury that the information contained in this report is true and correct to the best of my knowledge and belief.

    Respectfully submitted this 29th day of July, 2010.


Title: Manager/Member                          Signature: *s/James M. Adams, Sr.*
                                                                 James M. Adams, Sr.


Attorney for Debtor:   *s/Kevin L. Sink*          Date: July 29, 2010
                          Kevin L. Sink
                          State Bar No. 21041
                          Gregory B. Crampton
                          State Bar No. 991
                          Nicholls & Crampton, P.A.
                          P.O. Box 18237
                          Raleigh, NC 27619
                          (919) 781-1311

## ATTACHMENT TO CHAPTER 11 MONTHLY REPORT
## FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010

### PART A:
### CERTIFICATIONS

1. Yes X  No___ All post-petition taxes [tax obligations arising after chapter 11 petition was filed] are currently paid or deposited.

2. Yes X No___ All tax returns coming due post petition have been filed or extensions granted.

3. Yes X No___ All administrative expenses [post-petition obligations] other than taxes are current.

4. Yes X No___ All insurance remains in full force and effect in accordance with Local Bankruptcy Rule No. 4002-1(b)(1)(c).

5. Yes X No___ New books and records were opened as of the petition date and are being maintained monthly and are current.

6. Yes X No___ New DIP bank accounts were opened and are reconciled in accordance with Local Bankruptcy Rule No. 4002-1(b)(1).

7. Yes X No___ Pre-petition bank accounts have been closed.

8. Yes X No___ Pre-petition debts [obligations due on or before the filing of the case] have not been paid **since the filing of this case**.

9. Yes X No___ Pre-petition debts [obligations due on or before the filing of the case] have not been paid **this reporting period**.

10. Yes X No___ The only transfers of property made during this period were transfers which in the ordinary course of business.

11. Yes X No___ Estate funds which are on deposit in banking institutions are fully covered by FDIC or FSLIC insurance of $250,000.00.

12. Yes X No___ Copies of the corresponding bank statements are attached for each open account.

13. Yes X No___ If this report falls on the calendar quarter, the debtor has paid the Chapter 11 quarterly fee.

**IF THE ANSWER TO ANY OF THE CERTIFICATIONS ABOVE IS NO, PLEASE PROVIDE EXPLANATION ON SUPPLEMENT TO PART A.**

ATTACHMENT TO CHAPTER 11 MONTHLY REPORT
FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010
PART B:

*MUST BE COMPLETED FOR EACH OPEN BANK ACCOUNT*

SUMMARY OF CASH RECEIPTS AND DISBURSEMENTS
CASH ACTIVITY ANALYSIS

NATURE/TYPE OF ACCOUNT:         X    General/Operating Account:
                                     Tax Account:
                                     Payroll Account:
                                     Other:

|   |   | Amount |
|---|---|---:|
| 1. | CASH BALANCE FROM PREVIOUS MONTH'S REPORT | $0.00 |
| 2. | TOTAL CASH RECEIPTS: [On following page-Supplement to Part B-provide a description of the source and amount] | $197.60 |
| 3. | CASH BALANCE AVAILABLE [#1 plus #2] | $197.60 |
| 4. | TOTAL CASH DISBURSEMENTS: [On following page-Supplement to Part B-provide a description of the disbursements] | $0.00 |
| 5. | ENDING CASH BALANCE [#3 less #4] | $197.60 |

SUMMARY OF BANK ACCOUNT INFORMATION

|   |   |   |
|---|---|---:|
| 6. | TOTAL BANK BALANCE | $197.60 |
| 7. | PLUS UNCLEARED DEPOSITS | $0.00 |
| 8. | LESS UNCLEARED CHECKS | $0.00 |
| 9. | RECONCILED BALANCE | $197.60 |

**BANK NAME**           **ACCOUNT NUMBER**        **NATURE OF ACCOUNT**

Fidelity Bank           8870                      DIP-Operating

*If item #5 differs from item #9, please explain:

4

**SUPPLEMENT TO PART B:**
*MUST BE COMPLETED FOR EACH OPEN BANK ACCOUNT*

**DESCRIPTION/ITEMIZATION OF RECEIPTS AND DISBURSEMENTS**

NATURE/TYPE OF ACCOUNT:        X     General/Operating Account:

_____ Tax Account:

_____ Payroll Account:

_____ Other:

1. RECEIPTS:                                                                 Amount
   Salary and commissions
   Interest or dividends
   Collection of pre-petition accounts receivable
   Rent
   Transfer from another account (pre-petition account)        $197.60
   Other Income
                                                         *TOTAL =    $197.60

   ***Total equals item #2/Total Cash Receipts on Part B.**

2. DISBURSEMENTS:                                                     Amount
   Taxes
   Utilities
   Mortgage and rent
   Insurance premiums
   Food
   Medical/dental
   Loan payments

   Other Expenses (misc.)
                                                         *TOTAL =    $0.00

   ***Total equals item #4/Total Cash Disbursements on Part B.**

5

**ATTACHMENT TO CHAPTER 11 MONTHLY REPORT**
**FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010**

**PART C:**

**SUMMARY OF ACCOUNTS RECEIVABLE**

|    |    | Amount |
|----|----|-------:|
| 1. | Beginning Balance |  |
| 2. | Sales on Account |  |
| 3. | Collections on Account |  |
| 4. | Ending Balance [Item #1 plus #2 minus #3] |  |

**STATUS OF COLLECTIONS:**

|    | Amount |
|----|-------:|
| Current to 30 days | $0.00 |
| 31 to 60 days | $0.00 |
| 61 to 90 days | $0.00 |
| 91 to 120 days | $0.00 |
| 121 days and older | $0.00 |
| TOTAL | $0.00 |

**ATTACHMENT TO CHAPTER 11 MONTHLY REPORT**
**FOR THE** PERIOD JUNE 14, 2010 - JUNE 30, 2010

**PART D:**

**SUMMARY OF ACCOUNTS PAYABLE**
**[EXCLUDING PREPETITION ACCOUNTS PAYABLE]**

|  | Amount |
|---|---:|
| Current to 30 days | $0.00 |
| 31 to 60 days | $0.00 |
| 61 to 90 days | $0.00 |
| 91 to 120 days | $0.00 |
| 121 days and older | $0.00 |
| TOTAL: | $0.00 |

**If there are payables outstanding greater than 60 days, please provide explanation:**

ATTACHMENT TO CHAPTER 11 MONTHLY REPORT
FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010

PART E:

STATUS OF PAYMENTS TO SECURED CREDITORS

1. Creditor Name:   **Capital Bank**
Was this creditor paid in full this month?  **No**
If not, was any amount paid to the creditor this month? ___ Amount:$___ Date:__
Have all payments due to this creditors since the petition date been paid? ____
If not, how much is owed this creditor in missed or partial payments since petition date? $_____

2. Creditor Name: **Southern Community Bank**
Was this creditor paid in full this month?  **No**
If not, was any amount paid to the creditor this month? _____ Amount:$___ Date:__
Have all payments due to this creditors since the petition date been paid? ___
If not, how much is owed this creditor in missed or partial payments since petition date? $__

3. Creditor Name:   **James M. Adams, Sr.**
Was this creditor paid in full this month?  **No**
If not, was any amount paid to the creditor this month? ___ Amount:_____ Date:_____
Have all payments due to this creditors since the petition date been paid? ___
If not, how much is owed this creditor in missed or partial payments since petition date? $_____

4. Creditor Name:   **County of Granville**
Was this creditor paid in full this month? **No**
If not, was any amount paid to the creditor this month? ___ Amount:_____ Date:_____
Have all payments due to this creditors since the petition date been paid? ___
If not, how much is owed this creditor in missed or partial payments since petition date? $_____

5. Creditor Name:   **Goldston Family Limited Liability LP #2**
Was this creditor paid in full this month?  **No**
If not, was any amount paid to the creditor this month? __ Amount:_____ Date:_____
Have all payments due to this creditors since the petition date been paid? ___
If not, how much is owed this creditor in missed or partial payments since petition date? $_____

6. Creditor Name:   **Grey Bull, Inc.**
Was this creditor paid in full this month?  **No**
If not, was any amount paid to the creditor this month? ___ Amount:_____ Date:_____
Have all payments due to this creditors since the petition date been paid? ___
If not, how much is owed this creditor in missed or partial payments since petition date? $_____

[Attach a separate page for additional secured creditors]

**ATTACHMENT TO CHAPTER 11 MONTHLY REPORT**
**FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010**

**PART F:**
**STATUS OF PAYMENTS TO LESSORS**

Provide the following information for all leases that have not been rejected:

1. Lessor Name:_____
Was this creditor paid in full this month? _____
If not, was any amount paid to the creditor this month? _____ Amount:_____ Date:_____
Have all payments due to this creditors since the petition date been paid? ____
If not, how much is owed this creditor in missed or partial payments since petition date? _____

2. Lessor Name: _____
Was this creditor paid in full this month? _____
If not, was any amount paid to the creditor this month? _____ Amount:_____ Date:_____
Have all payments due to this creditors since the petition date been paid? ____
If not, how much is owed this creditor in missed or partial payments since petition date? _____

3. Lessor Name: _____
Was the creditor paid in full this month? ____
If not, was any amount paid to the creditor this month? ____ Amount:_____Date:_____
Have all payments due to this creditors since the petition date been paid? _____
If not, how much is owed this creditor in missed or partial payments since petition date? _____

4. Lessor Name: _____
Was the creditor paid in full this month? _____
If not, was any amount paid to the creditor this month?_____Amount:_____Date:_____
Have all payments due to this creditors since the petition date been paid? _____
If not, how much is owed this creditor in missed or partial payments since petition date?_____

5. Lessor Name: _____
Was the creditor paid in full this month? _____
If not, was any amount paid to the creditor this month?_____Amount:_____Date:_____
Have all payments due to this creditors since the petition date been paid? _____
If not, how much is owed this creditor in missed or partial payments since petition date?_____

6. Lessor Name: _____
Was the creditor paid in full this month? _____
If not, was any amount paid to the creditor this month?_____Amount:_____Date:_____
Have all payments due to this creditors since the petition date been paid? _____
If not, how much is owed this creditor in missed or partial payments since petition date?_____

[Attach a separate page for additional lessors]

# ATTACHMENT TO CHAPTER 11 MONTHLY REPORT
# FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010

## PART G:

## SUMMARY OF OFFICER/OWNER COMPENSATION AND PERSONNEL REPORT

1.  Report all salaries received from or paid by the debtor to an owner or officer of the debtor.

    __ Check here if same as last monthly report or provide the following information:

| Name of Officer/Owner | Title | Amount of Compensation Authorize By the Court | Amount of Compensation Received this month | Date Approved |
|---|---|---|---|---|

**NONE**

2.  Personnel Report:

    ____ Check here if same as last monthly report or provide the following information:

|  | Full Time | Part Time |
|---|---|---|
| Total number of employees at beginning of reporting period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated/resigned during the period | 0 | 0 |
| Total number of employees at the end of the period | 0 | 0 |

3.  Report all payment made to professionals (i.e. accountants, attorneys, realtors) paid by the debtor:

| Name of Professional | Type of Service (i.e. acct.atty.etc) | Amount of Compensation Authorized By the Court | Amount of Compensation Received | Date Approved |
|---|---|---|---|---|

**N/A**

ATTACHMENT TO CHAPTER 11 MONTHLY REPORT
FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010

PART H:

ACCRUAL BASIS INCOME/[LOSS] FOR THE MONTH

|   |   | Amount |
|---|---|---:|
| 1. | Total Sales or Revenue | $0.00 |
| 2. | Cost of Goods Sold | $0.00 |
|    | Material: | |
|    | Labor: | |
|    | Other: | |
|    | TOTAL COSTS | $0.00 |
| 3. | Gross Profit [Item #1 minus item #2] | $0.00 |
| 4. | TOTAL OPERATING EXPENSES | $0.00 |
| 5. | Net Profit or <Loss> [Item #3 minus #4] | $0.00 |
| 6. | Total Non-Operating Income/Expenses | $0.00 |
| 7. | Net Profit or <Loss> [Item #5 minus #6] | $0.00 |

[If a detailed INCOME STATEMENT is available, please attach it to the monthly report]

ATTACHMENT TO CHAPTER 11 MONTHLY REPORT
FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010
PART I: ACCRUAL BASIS BALANCE SHEET

This part must be submitted with the *first monthly report* and thereafter on a *Quarterly Basis*, with the reports for *March, June, September and December*, unless a different date is agreed to by the Bankruptcy Administrator, until confirmation of the plan. It is permissible and helpful if a balance sheet is submitted more often than once a quarter, but not required. An "in house" report may be attached, with the approval of the Bankruptcy Administrator, provided it meets the accrual requirement.

**ASSETS**

CURRENT ASSETS
    Cash                                                 $197.60
    Accounts receivable [net]              $
    Other receivables                         $
    Inventories                                       $
    Prepaid                                             $
Total Current Assets                              <u>$197.60</u>

FIXED, LONG TERM, AND OTHER ASSETS
    Land                                                 $ 23,715,000.00
    Fixed Assets                                     $
    Other Assets - Net (Sched. B pers prop)   $
    Accumulated depreciation on fixed assets   $
Total fixed, long term and other assets

**Total Assets**                                                    <u>**$23,715,000.00**</u>

**LIABILITIES AND STOCKHOLDERS' EQUITY**

CURRENT LIABILITIES
    Accounts Payable                          $     12,490.29
    Notes Payable                               $ 18,255,973.62
    Salaries Payable                             $
    Property Taxes Payable                  $     20,001.48
    Income Taxes Payable                    $
    Other Current Liabilities               $
Total Current Liabilities                          <u>$18,288,464.00</u>

LONG TERM LIABILITIES
    Prepetition Liabilities                    $
    Postpetition Long Term                 $
Total Long Term Liabilities
**Total Liabilities**                                          <u>**$18,288,464.00**</u>

OWNERS' [STOCKHOLDERS'] EQUITY
    Stock [investment in company]      $
    Retained Earning                          $
Total Owners' Equity                               $5,426,536.00
**Total Liabilities and Owners' Equity**          <u>**$23,715,000.00**</u>

**ATTACHMENT TO CHAPTER 11 MONTHLY REPORT**
**FOR THE PERIOD JUNE 14, 2010 - JUNE 30, 2010**
**PART J: CHAPTER 11 QUARTERLY FEES**

To be completed quarterly. Only complete the information for the *current* quarter. Disbursements include: Sum total of disbursements from all bank accounts, including payments of operating expenses and payments to secured creditors and lessors. Disbursements do not include transfers between accounts. Quarterly fees are not prorated.

*1st Quarter*

Disbursements for January, 2010: _____
Disbursements for February, 2010: _____   Amount of Fee Due: _____
Disbursements for March, 2010: _____   Amount Paid: _____
Total Disbursements for the 1st Quarter: _____

*2nd Quarter*

Disbursements for April, 2010: _____
Disbursements for May, 2010: $0.00   Amount of Fee Due: $325.00
Disbursements for June, 2010: $0.00   Amount Paid: $325.00
Total Disbursements for the 2nd Quarter: $0.00

*3rd Quarter*

Disbursements for July, 2010: _____
Disbursements for August, 2010: _____   Amount of Fee Due: _____
Disbursements for September, 2010: _____   Amount Paid: _____
Total Disbursements for the 3rd Quarter: _____

*4th Quarter*

Disbursements for October, 2010: _____
Disbursements for November, 2010: _____   Amount of Fee Due: _____
Disbursements for December, 2010: _____   Amount Paid: _____
Total Disbursements for the 4th Quarter: _____

| Total Disbursement for the Quarter | Amount of Fee Due |
|---|---|
| $0 to $14,999.99 | $325.00 |
| $15,000.00 - $74,999.99 | $650.00 |
| $75,000.00 - $149,999.99 | $975.00 |
| $150,000.00 - $224,999.99 | $1,625.00 |
| $225,000.00 - $299.999.99 | $1,950.00 |
| $300,000.00 - $999,999.99 | $4,875.00 |
| $1,000,000.00 - $1,999,999.99 | $6,500.00 |
| $2,000,000.00 - $2,999,999.99 | $9,750.00 |
| $3,000,000.00 - $4,999,999.99 | $10,400.00 |
| $5,000,000.00 -$14,999,999.99 | $13,000.00 |
| $15,000,000 - $29,999,999.99 | $20,000.00 |
| $30,000,000 or more | $30,000.00 |

13

**CERTIFICATE OF SERVICE**

      It is hereby certified that the foregoing MONTHLY REPORT OF DEBTOR FOR THE MONTH OF JUNE 2010 was served this day by placing copies thereof in a depository under the exclusive care and custody of the United States Postal Service in postage prepaid envelopes and properly addressed as follows:

SERVED VIA E-MAIL SERVICE ONLY
nceba_chapter11@nceba.uscourts.gov
Mrs. Marjorie K. Lynch
Bankruptcy Administrator
P.O. Box 3358
Wilson, NC 27895

      This 29th day of July, 2010.

                                      *s/Jennifer H. Davison*
                                      Jennifer H. Davison
                                      Paralegal

*O:\CH11 DEB\3 G Properties, LLC\Monthly Reports\Monthly Report June 2010.wpd*